THE STATE OF OHIO, APPELLEE, *v.* HARPER, APPELLANT.

[Cite as *State v. Harper* (1994), 70 Ohio St.3d 398.]

(No. 94-470—Submitted August 31, 1994—Decided September 28, 1994.)

---

*Timothy A. Oliver,* Warren County Prosecuting Attorney, *Carolyn A. Duvelius* and *Kenneth A. Ewing,* Assistant Prosecuting Attorneys, for appellee.

*Rittgers & Mengle, Charles H. Rittgers* and *W. Andrew Hasselbach,* for appellant.

---

The judgment of the court of appeals is reversed on the authority of *State v. Shindler* (1994), 70 Ohio St.3d 54, 636 N.E.2d 319, and the cause is remanded to the trial court for further proceedings.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.